**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARJINDER SINGH,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX FACILITY; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; U.S. IMMIGRATION CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>   Respondents. | Case No.: 1:26-cv-00179-JLT-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs. 1, 15) |

Harjinder Singh is an immigrant detainee in U.S. Immigration Customs and Enforcement custody at the Golden State Annex Detention Facility in McFarland, California, proceeding pro se on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1) On March 24, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus. (Doc. 15.) The findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within five days after service. (*Id*.) In addition, the parties were "advised that failure to file objections within the specified time

may result in the waiver of rights on appeal." (*Id.* at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) No objections have been filed, and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on March 24, 2026 (Doc. 15) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED.**

3. Respondents are directed to **IMMEDIATELY RELEASE** Petitioner from DHS custody on the same conditions as his prior release from custody.

4. Once released, Respondents are **ENJOINED** from rearresting or re-detaining Petitioners absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice of at least seven days before a pre-deprivation hearing at which the government will bear the burden of demonstrating by clear and convincing evidence that they are likely to flee or pose a danger to society if not arrested.

5. If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here **SHALL** be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondents **SHALL** provide a bond hearing in the timeframe required by law.

6. The Clerk is directed to serve Golden State Annex Detention Facility with a copy of this Order.

7. The Clerk of Court is directed to terminate all pending deadlines/motions and

close this case.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

UNITED STATES DISTRICT JUDGE